IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JAMES POLK                                                                      PLAINTIFF

v.                                                                    No. 4:21CV117-GHD-JMV

TIMOTHY MORRIS, ET AL.                                                      DEFENDANTS

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, the instant case is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a **"STRIKE"** under 28 U.S.C. § 1915(g).

SO ORDERED, this, the 7th day of December, 2021.

_____
SENIOR UNITED STATES DISTRICT JUDGE